

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2014

No. 04-14-00749-CR

**IN RE** Steven Mitchell **GARY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Karen Angelini, Justice
                   Sandee Bryan Marion, Justice
                   Luz Elena D. Chapa, Justice

On October 27, 2014, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on October 29th, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014CR2945, styled *The State of Texas v. Steven Mitchell Gary*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary D. Roman presiding.